FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 11-00645 -WSS | | Trustee Name: | LYNN HARWELL ANDREWS |
| --- | --- | --- | --- | --- |
| Case Name: | SWINK, LYNN HARVEY | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******9102  MONEY MARKET |
| Taxpayer ID No: | *******0438 | | | |
| For Period Ending: | 07/01/11 | | Blanket Bond (per case limit): | $   0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/01/11 | 8 | HARVEY SWINK 1280 WOODSTOCK CT. MOBILE, AL 36695 | LIQUIDATED CLAIMS - TAX REFUND Includes $25.00 late fee | 1224-000 | 177.00 | | 177.00 |

| Account | | Balance Forward | 0.00 | | | |
| --- | --- | --- | --- | --- | --- | --- |
| *******9102 | 1 Deposits | | 177.00 | 0 Checks | | 0.00 |
| | 0 Interest Postings | | 0.00 | 0 Adjustments Out | | 0.00 |
| | | | | 0 Transfers Out | | 0.00 |
| | Subtotal | $ | 177.00 | | | |
| | | | | Total | $ | 0.00 |
| | 0 Adjustments In | | 0.00 | | | |
| | 0 Transfers In | | 0.00 | | | |
| | Total | $ | 177.00 | | | |

I hereby certify that the above
information is true & complete to
the best of my information and belief.

 /s/   LYNN HARWELL ANDREWS
Trustee's Signature: _____  Date: 07/01/11
 LYNN HARWELL ANDREWS

PFORM2T4   Case 11-00645   Doc 26   Filed 07/01/11   Entered 07/01/11 16:14:43   Desc Main   Ver: 16.02b
 Document      Page 1 of 1