IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| LYNN HARVEY SWINK | * | CASE NUMBER |
| | * | 11-00645 |
| Debtor. | * | |
| | * | |
| LYNN HARWELL ANDREWS, | * | |
| TRUSTEE | * | |
| | * | |
| Plaintiff, | * | |
| | * | ADV. NO. |
| vs. | * | 12-00113 |
| | * | |
| LYNN HARVEY SWINK | * | |
| | * | |
| Defendant. | | |

## MOTION TO REOPEN CASE AND WAIVE REOPENING FEE

COMES NOW, the Plaintiff, Lynn Harwell Andrews, Trustee and files this Motion to Reopen the above styled adversary proceeding and Waive Reopening Fee and in support states as follows:

1. The Trustee is attempting to collect a judgment having been entered against the Defendant Lynn Harvey Swink in the above styled matter on May 22, 2013.

2. The Trustee issued a Writ of Garnishment on Defendant's employer PHI, Inc. on July 18, 2013. The garnishee has answered the Writ of Garnishment and requested to be discharged from the same.

3. The Trustee has responded and objected to the answer of the garnishee.

4. Currently the Trustee does not have funds in the estate available to pay the Court's Reopen Fee.

WHEREFORE, the Trustee prays this Court will reopen the above styled adversary proceeding for the reasons stated above and waive the reopening fee and the Trustee prays for such other and further different relief as may seem meet and proper, circumstances considered.

/s/ Terrie S. Owens
TERRIE S. OWENS
Attorney for Trustee
Post Office Box 3123
Mobile, Alabama 36652
(251) 433-3657

## CERTIFICATE OF SERVICE

On this the 9th day of August 2013 I hereby certify that the above and foregoing document has been served on all parties on the court's electronic mailing list and on the following party via United States Postal Service first class postage prepaid:

PHI, Inc.
P.O. Box 90808
Lafayette, LA 70509

/s/ Terrie S. Owens
TERRIE S. OWENS